GRACE H. HOOPS v. EDWARD E. HOOPS.— Motion for reargument denied. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 968.]

SINACO COMPANY, INC., Appellant, v. ALEJANDRO LEVIN et al., Doing Business under the Name of LEVIN HERMANOS, Respondents.— Order unanimously modified by increasing the warrant from $10,000 to $20,000 and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

HORTENSE FIERMAN, Respondent, v. SYDNEY FIERMAN, Appellant.— Order unanimously modified by striking out the provision for a reference, by denying the motion for temporary alimony, and by awarding a counsel fee of $500 to the plaintiff on condition that defendant's counsel stipulate that, should permanent alimony as fixed by the court after trial be in excess of the payments that are now being made under the separation agreement, the increased payments shall be dated back to the service of the motion papers herein, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD against METROPOLITAN LIFE INSURANCE COMPANY et al.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Motion for reargument denied. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *ante*, p. 934.]

### (November 23, 1945.)

LINCOLN SQUARE CENTER, INC., Respondent, v. ST. NICHOLAS ARENA, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

KNOWLTON DURHAM, Appellant, v. IDONAH S. PERKINS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve a further amended complaint within twenty days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

ESTHER ROCK, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Wasservogel, J., taking no part.

EVA BRICKMAN, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM KUSHLOWITZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

LEE ADELSON et al., Respondents, v. GEORGE DREYMAN et al., Appellants, et al., Defendants, and MICHAEL J. KODARAS, Respondent-Appellant.— Order appealed from unanimously modified by striking out the fine as fixed in such order and by directing that a fine of $250 for contempt be paid by the defendant corporation and its president, together with plaintiffs' costs and disbursements, including the expenses of the proceeding as fixed in the order appealed from. As so modified the order is affirmed, without costs of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ. [See 270 App. Div. 753.]